Cecil JACKSON, Petitioner–Appellant,

v.

Joseph BROOKS, Respondent–Appellee.

No. 03–6074.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 2, 2003.

Cecil Jackson, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cecil Edward Jackson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jackson v. Brooks,* No. CA–02–68–2 (E.D.Va. Nov. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the

court and argument would not aid the decisional process.

*AFFIRMED.*